IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**THIRTY-NINE NORTH, II, LLC,** *et al.* **PLAINTIFFS**

**V. CAUSE NO. 3:19-CV-729-CWR-LRA**

**PENN-STAR INSURANCE COMPANY**, *et al.* **DEFENDANTS**

**ORDER**

This cause is before the Court on its own motion.

Because Plaintiff Thirty-Nine North, II, LLC and Defendant Terral Insurance, LLC are limited liability companies, and because parties cannot stipulate to subject matter jurisdiction, the record must contain a supplemental pleading detailing the membership and the citizenship of each member for both Thirty-Nine North and Terral. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008).

Thirty-Nine North and Terral are ordered to submit supplemental pleadings to the Court detailing their membership and members' citizenship. Each supplemental pleading is due on December 5, 2019.

**SO ORDERED**, this the 22nd day of November, 2019.

                                                      s/ Carlton W. Reeves
                                                      UNITED STATES DISTRICT JUDGE